TOWN OF FENTON et al., Appellants, v TOWN OF CHENANGO, Respondent. (And Other Proceedings/Actions.)

Submitted April 2, 2012; decided June 12, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellants' motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.